IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BUSHNELL INC.**, et. al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 09-CV-2009-KHV-JPO |
| | ) |
| **THE BRUNTON COMPANY**, et. al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COME NOW Defendants The Brunton Company ("Brunton"), LS Global LLC d/b/a I-On Optics ("I-On"), and Lanshuo Photoelectric Science and Technology Company Ltd. ("Lanshuo") (collectively "Defendants")[1] and, pursuant to Federal Rules of Civil Procedure 12(b)(1) and (7), respectfully move this Court for an Order dismissing Plaintiffs' Complaint for lack of subject matter jurisdiction and failure to join a required party under Federal Rule of Civil Procedure 19.

As support for this motion, Defendants submit the accompanying, sealed Memorandum in Support and exhibits thereto.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting their Motion to Dismiss.

---

[1] Sellmark Corporation d/b/a Sightmark, which is also named as a Defendant and was recently served, is not a party to this Motion.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: s/*Scott C. Nehrbass*
    Scott C. Nehrbass, KS #16285
    Samuel P. Logan, KS #14832
9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, KS  66210-2017
(913) 498-2100
(913) 498-2101 FAX
Email:  snehrbass@foulston.com
Email:  slogan@foulston.com


BUTZEL LONG P.C.
J. Michael Huget
Deborah J. Swedlow
Zachary V. Moen
350 South Main Street – Suite 300
Ann Arbor, Michigan  48104
(734) 995-3110
(734) 995-1777 (FAX)
E-mail: huget@butzel.com
E-mail: swedlow@butzel.com
E-mail: moen@butzel.com
(admitted *pro hac vice*)

ATTORNEY FOR DEFENDANTS
THE BRUNTON COMPANY
LS GLOBAL LLC, LANSHUO
PHOTOELECTRIC SCIENCE AND
TECHNOLOGY CO. LTD.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of **April**, **2009**, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

      Scott R. Brown
      Matthew B. Walters
      Jennifer C. Bailey
      HOVEY WILLIAMS LLP
      84 Corporate Woods
      10801 Mastin Blvd., Suite 1000
      Overland Park, KS  66210
      Email:  jcb@hoveywilliams.com
      Email:  mwalters@hoveywilliams.com
      Email:  srb@hoveywilliams.com

      ATTORNEYS FOR PLAINTIFFS

      By: s/*Scott C. Nehrbass*
      ATTORNEY FOR DEFENDANTS
      THE BRUNTON COMPANY
      LS GLOBAL LLC, LANSHUO
      PHOTOELECTRIC SCIENCE   AND
      TECHNOLOGY CO. LTD.