IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BUSHNELL INC.**, et. al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 09-CV-2009-KHV-JPO |
| | ) |
| **THE BRUNTON COMPANY**, et. al, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

**COMES NOW** Samuel P. Logan of Foulston Siefkin LLP, attorneys for Defendants, The Brunton Company, LS Global LLC, Lanshuo Photoelectric Science and Technology Co. Ltd., and notifies the Court that Zachary V. Moen of Butzel Long PC, who was admitted *pro hac vice,* is leaving the Butzel Long PC firm effective August 21, 2009, and hereby withdraws as counsel for these defendants.  Together with the undersigned local counsel, Deborah J. Swedlow and J. Michael Huget of the Butzel Long PC firm will continue to act as counsel for the above-referenced Defendants.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: s/Samuel P. Logan
     Samuel P. Logan, KS #14832
     Scott C. Nehrbass, KS #16285
9 Corporate Woods, Suite 450
9200 Indian Creek Parkway
Overland Park, KS  66210-2017
(913) 498-2100
(913) 498-2101 FAX
Email:  slogan@foulston.com
Email:  snehrbass@foulston.com

> BUTZEL LONG P.C.
> J. Michael Huget
> Deborah J. Swedlow
> 350 South Main Street – Suite 300
> Ann Arbor, Michigan 48104
> (734) 995-3110
> (734) 995-1777 (FAX)
> E-mail: huget@butzel.com
> E-mail: swedlow@butzel.com
>  (admitted *pro hac vice*)
>
> ATTORNEY FOR DEFENDANTS
> THE BRUNTON COMPANY
> LS GLOBAL LLC, LANSHUO
> PHOTOELECTRIC SCIENCE AND
> TECHNOLOGY CO. LTD.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of **August**, **2009**, I electronically filed the above and foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

> Scott R. Brown
> Matthew B. Walters
> Jennifer C. Bailey
> HOVEY WILLIAMS LLP
> 84 Corporate Woods
> 10801 Mastin Blvd., Suite 1000
> Overland Park, KS 66210
> Email: jcb@hoveywilliams.com
> Email: mwalters@hoveywilliams.com
> Email: srb@hoveywilliams.com

> By: s/Samuel P. Logan
>     ATTORNEY FOR DEFENDANTS
>     THE BRUNTON COMPANY
>     LS GLOBAL LLC, LANSHUO
>     PHOTOELECTRIC SCIENCE AND
>     TECHNOLOGY CO. LTD.