IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Bushnell Inc., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>The Brunton Company, et al.,<br><br>    Defendants. | Civil No. 09-cv-2009 KHV/JPO |

**PLAINTIFFS' RENEWED MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs Bushnell Inc. ("Bushnell") and Laser Technology, Inc. ("LTI") respectfully renew their Motion for a Preliminary Injunction (Doc. No. 16). Plaintiffs request the Court enter a preliminary injunction against defendants The Brunton Company ("Brunton") and Lanshuo Photoelectric Science and Technology Co. Ltd. ("Lanshuo") (collectively "Defendants") from offering for sale, importing, and/or selling laser rangefinders that infringe Plaintiffs' U.S. Patents No. 5,612,779 and 5,926,259, including Brunton's Echo 440 and Lanshuo's model numbers LS010B, LS011, LS011A, LS012, LS013, and LS013D. In support of their Renewed Motion, Plaintiffs state:

1.   On March 18, 1997, the United States Patent and Trademark Office issued U.S. Patent No. 5,612,779 (the " '779 Patent"), entitled "Automatic Noise Threshold Determining Circuit and Method for a Laser Rangefinder." As alleged in the Plaintiffs' Second Amended Complaint (Doc. No. 94, ¶ 15), Plaintiffs between them have full rights to recover past and future damages for infringement of the '779 Patent.

2.   On July 20, 1999, the United States Patent and Trademark Office issued U.S. Patent No. 5,926,259 (the " '259 Patent"), entitled "Laser Range Finder with Target Quality

1

Display."  As alleged in the Plaintiffs' Second Amended Complaint (Doc. No. 94, ¶ 36), Bushnell has full rights to recover past and future damages for infringement of the '259 Patent.

3. Bushnell sells and offers for sale in the United States laser rangefinders that embody the claimed inventions of the '779 Patent and directly compete with Defendants' infringing products.

4. Defendants import, sell, and/or offer for sale in the United States laser rangefinders that infringe at least claims 11, 18, and 19 of the '779 Patent.  Defendants import, sell, and/or offer for sale in the United States laser rangefinders that infringe at least claims 22 and/or 24 of the '259 Patent.

5. The '779 Patent and the '259 Patent are likely not invalid and Plaintiffs will likely succeed on the merits of their claims.

6. Plaintiffs have no adequate remedy at law and will be irreparably harmed if Defendants are not preliminarily enjoined from their continued infringement of the '779 and/or '259 patents.

7. The public interest will be served by preliminarily enjoining Defendants' acts of infringement.

8. As further explained in Plaintiffs' contemporaneously filed suggestions in support of this Motion, following the Court's Memorandum and Order (Doc. No. 88), Plaintiffs' substantial irreparable harm continues unabated.  Nothing earlier presented to the Court with respect to the Plaintiffs' Motion for Preliminary Injunction (Doc. No. 16) has changed.  Without preliminary injunction relief, the Court's ability to maintain the *status quo* is undermined so that any ultimate relief obtained by the Plaintiffs may be inadequate.

WHEREFORE, Plaintiffs pray that the Court enter an order in this case prohibiting and enjoining Defendants, and anyone acting in concert therewith, from infringing the '779 Patent and/or the '259 Patent.

                                                Respectfully Submitted,

Date: September 11, 2009                 /s/ Scott R. Brown
                                                Scott R. Brown, (KS Bar No. 23,395)
Jennifer C. Bailey, (KS Bar No. 23,446)
Matthew B. Walters, (KS Bar No. 23,514)
HOVEY WILLIAMS LLP
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210
T: (913) 647 – 9050
F: (913) 647 – 9057
srb@hoveywilliams.com
jcb@hoveywilliams.com
mbw@hoveywilliams.com

ATTORNEYS FOR PLAINTIFFS
BUSHNELL INC. AND
LASER TECHNOLOGY, INC.

### Certificate of Service

I hereby certify that on the 11th day of September, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM / ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| J. Michael Huget | Scott C. Nehrbass |
| Deborah J. Swedlow | Samuel P. Logan |
| BUTZEL LONG P.C. | FOULSTON SIEFKIN LLP |
| 350 S. Main Street, Suite 300 | 9 Corporate Woods, Suite 450 |
| Ann Arbor, Michigan 48104 | 9200 Indian Creek Parkway |
| | Overland Park, Kansas 66210 |

ATTORNEYS FOR DEFENDANTS THE BRUNTON COMPANY, LS GLOBAL LLC D/B/A I-ON OPTICS, AND LANSHUO PHOTOELECTRIC SCIENCE AND TECHNOLOGY CO. LTD.

                                                        /s/ Scott R. Brown